UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

WOODLAND CABINETRY, INC.,  
  a Delaware Corporation,

             Plaintiff,

v.

LAKE VALLEY TRUCKING, INC.,  
  a Minnesota corporation,

             Defendant.

Case No.: 04-CV-5040 JRT/RLE

**ORDER**

---

    Craig M. Mertz, **CHADWICK & MERTZ**, 600 West 78th Street, Suite 210, Post Office Box 623, Chanhassen, Minnesota 55317, for plaintiff.

    Jason E. Engkjer and Michael C. Glover, **KALINA WILLIS GISVOLD & CLARK**, 6160 Summit Drive, Suite 560, Minneapolis, Minnesota 55430, for defendant.

    This matter came before the undersigned upon a Stipulation of Dismissal with Prejudice executed by respective counsel for all of the parties. Based upon the foregoing, the records and pleadings on file,

    IT IS HEREBY ORDERED, that the above captioned matter is hereby dismissed with prejudice pursuant to Rules 41(a)(1) and (2) of the Federal Rules of Civil Procedure, without costs or fees to any party.

Dated: May 31, 2005  
at Minneapolis, Minnesota.

                                                                  s/John R. Tunheim  
                                                           JOHN R. TUNHEIM  
                                                      United States District Judge